UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AARON QUINTANA**,<br>          Plaintiff,<br>    v.<br>**CVS PHARMACY, INC.**,<br>          Defendant. | Case No. 15-cv-02109-YGR<br><br>**ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND**<br>Re: Dkt. No. 9 |

On May 18, 2015, defendant CVS Pharmacy, Inc. filed a motion to dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 9.) For the reasons stated on the record at the July 7, 2015 hearing, the motion is **GRANTED** and the complaint is hereby **DISMISSED WITH LEAVE TO AMEND**. Plaintiff Aaron Quintana shall file a First Amended Complaint ("FAC") addressing the issues discussed at the hearing within thirty (30) days from the date of this Order. The parties are further **ORDERED** to meet and confer such that plaintiff may substitute in the proper corporate defendant.

This Order terminates Docket Number 9.

**IT IS SO ORDERED.**

Dated: July 7, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**